In the United States District Court
for the Northern District of Texas
Dallas Division

| | | |
|---|---|---|
| Bryant Duane Thomas, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:22-CV-1236-B-BK |
| | § | |
| DHI Home Mortgage Company, | § | |
| et al., | § | |
|     Defendants. | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. Objections were filed, and the Court has made a de novo review of those portions of the proposed findings, conclusions and recommendation to which objection was made. The objections are overruled and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's *Motion to Remand*, Doc. 8, and *Plaintiff Bryant Duane Thomas Motion to Quash Defendant Ginnie Mae's Motion to Dismiss, and Wells Fargo Bank, N.A.'s Motion to Dismiss*, Doc. 21, are **DENIED**. This case is **DISMISSED WITH PREJUDICE** under Rule 41(b) for failure to follow a court order or, in the alternative, upon the Court's **GRANT** of *Defendant Ginnie Mae's Motion to Dismiss*, Doc. 7, *Defendant DHI Home Mortgage Company's Motion to Dismiss*, Doc. 10, and *Wells Fargo Bank, N.A.'s Motion to Dismiss*, Doc. 11.

SO ORDERED this 3rd day of March, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE